

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2022

**BY E-MAIL**

**MEMO ENDORSED**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2022

    Re:   *United States v. Brian O'Neill*, 22 Cr. 057

Dear Judge Caproni:

    The Government writes jointly with defense counsel to request that arraignment in the above-captioned case be set for the afternoon of Thursday, February 3, 2022, if that date is convenient for the Court.

    The Government also respectfully requests that the time between today and the arraignment be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to prepare and produce discovery, the defendant time to review such discovery, and the parties an opportunity to discuss the possibility of pretrial resolution of this case. Defense counsel has informed me that he consents to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____
    Maggie Lynaugh
    Assistant United States Attorney
    (212) 637-2448

Application GRANTED. Mr. O'Neill's arraignment is scheduled for **February 3, 2022 at 12:00 p.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

Per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Completing the questionnaire ahead of time via this link (https://app.certify.me/SDNYPublic) will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

Time is excluded for the period between now and February 3, 2022, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A), as the ends of justice served by giving Defendant additional time, given Defendant's need to travel to the District and the logistical difficulties that are continuing to be caused by COVID-19, outweigh the interests of the public and the Defendants in a speedy trial.

SO ORDERED.

*[signature]*   2/1/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE