USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA :
: 22-CR-57 (VEC)
-against- :
: ORDER
BRIAN O'NEILL, :
                   Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 5, 2022, counsel for Defendant notified the Court that counsel tested positive for COVID-19; and

WHEREAS a status conference is scheduled for Friday, May 6, 2022 at 2:30 p.m.;

IT IS HEREBY ORDERED that Defense counsel must attend the status conference by dialing 1-888-363-4749, using the access code 3121171, and the security code 0057.

IT IS FURTHER ORDERED that, barring exceptional circumstances, all other parties must appear at the scheduling conference in person in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: May 5, 2022
      New York, NY                       **VALERIE CAPRONI**
                                              **United States District Judge**