```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA         :
                                                  :        22-CR-57 (VEC)
          -against-                         :
                                                :        <u>ORDER</u>
   BRIAN O'NEILL,                           :
                          Defendant.     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS a hearing on defense counsel's motion to withdraw was held on May 6, 2022; and

        WHEREAS Defendant and his counsel represented to the Court that they will work to resolve their disagreement and rectify payment issues.

        IT IS HEREBY ORDERED that defense counsel must provide the Court with a status update by no later than **Thursday, June 2, 2022.**


**SO ORDERED.**

**Date: June 1, 2022**
      **New York, NY**                                                  **VALERIE CAPRONI**
                                                                   **United States District Judge**