USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :          22-CR-57 (VEC)
            -against-               :
                                    :          ORDER
BRIAN O'NEILL,                      :
                    Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 14, 2022, the parties notified the Court that Defendant intends to enter a change of plea;

IT IS HEREBY ORDERED that a change-of-plea hearing will take place on **Tuesday, November 15, 2022 at 2:30 P.M.**

**SO ORDERED.**

Date:  November 14, 2022
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**