USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                                     :
                                                             :          22-CR-57 (VEC)
        -against-                                            :
                                                             :          ORDER
BRIAN O'NEILL,                                               :
                                Defendant.                   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 15, 2022, the parties appeared before the Court for a change-

of-plea hearing; and

WHEREAS Mr. O'Neill pled guilty to Counts 1 and 2 of the Indictment;

IT IS HEREBY ORDERED that Mr. O'Neill will be sentenced on **Monday, March 6,**

**2023, at 2:30 P.M.**  Pre-sentencing submissions are due no later than **Tuesday, February 21,**

**2023**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States

Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  **November 15, 2022**                                _____
       **New York, NY**                                          **VALERIE CAPRONI**
                                                            **United States District Judge**