USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA                     :
                                                 :         22-CR-57 (VEC)
         -against-                               :
                                                 :         ORDER
    BRIAN O'NEILL,                               :
                        Defendant.               :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. O'Neill's sentencing is currently scheduled for Monday, April 24, 2023 at 2:30 P.M., *see* Order, Dkt. 59; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that Mr. O'Neill's sentencing is adjourned until **Monday, May 8, 2023 at 2:30 P.M.**

**SO ORDERED.**

Date:  April 14, 2023
       New York, NY

**VALERIE CAPRONI**
**United States District Judge**