USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/08/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA       :
                               :         22-CR-57 (VEC)
    -against-                  :
                               :         ORDER
BRIAN O'NEILL,                 :
            Defendant.         :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 8, 2023, the parties appeared before the Court for Mr. O'Neill's sentencing; and

WHEREAS at the hearing, the Court ordered that Mr. O'Neill pay restitution (1) to Medequa LLC ("Medequa") in the amount of $5.1 million in lost funds; $4,481.50 in criminal attorneys' fees; and prejudgment interest at a rate of 4.70 percent; and (2) to an entity to be determined in a separate civil proceeding before Judge Alvin Hellerstein in the amount of $3.4 million in lost funds and prejudgment interest at a rate of 4.70 percent;

IT IS HEREBY ORDERED that not later than **Monday, May 15, 2023**, the Government must submit a proposed order of restitution that calculates and includes in its total the prejudgment interest owed to Mr. O'Neill's victims.

**SO ORDERED.**

**Date: May 8, 2023**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**