

MEMO ENDORSED

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/16/2023
```

May 15, 2023

**BY E-MAIL**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Brian O'Neill*, 22 Cr. 057 (VEC)

Dear Judge Caproni:

    The Government writes to respectfully request an extension of two additional days -- that is, until May 17, 2023 -- to submit a proposed restitution order in the above-captioned case. This extension will permit the Government to work-out a few remaining details of the proposed order with the victims. The Government apologizes for the delay in making this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Maggie Lynaugh
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448

---

Application GRANTED. The deadline for the Government to submit a proposed restitution order is hereby extended from Monday, May 15, 2023, to **Wednesday, May 17, 2023**.

    SO ORDERED.

*/s/ Valerie Caproni*   05/16/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE